# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SACV 13-00966-JLS (CWx) |
| Plaintiff,<br>v. | **FINAL JUDGMENT ON STIPULATION** |
| STEVEN J. BAILEYS, individually, and as Executor of the Estate of Geraldine P. Baileys, as trustee of the Baileys Family Trust, as trustee of Trusts A, B, and C of the Baileys Family Trust, as trustee of the Baileys Grandchildren's 1990 Trust, fbo Eric M. Brendzel, as trustee of the Baileys Grandchildren's Trust, fbo Jeremy E. Baileys; | |
| ANNETTE C. BRENDZEL, individually, and as trustee of the Baileys Grandchildren's 1990 Trust, fbo Hillary S. Brendzel; | |
| SUSAN P. WEISS; JEREMY E. BAILEYS; ERIC M. BRENDZEL; HILLARY S. BRENDZEL; and ALVIN & GERALDINE BAILEYS FOUNDATION, | |
| Defendants. | |

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Plaintiff United States of America shall have judgment against Defendant Steven J. Baileys only on Plaintiff's Second Claim for Relief pursuant to 31 U.S.C. § 3713 in the amount of $2,089,304.29;

(b) Subject to satisfaction of the payment conditions below in sub-paragraph (f), Plaintiff's First, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth and Fourteenth Claims for Relief are dismissed with prejudice as to all Defendants;

(c) All parties waive any and all right to appeal the Judgment to be entered pursuant to the parties' Stipulation for Entry of Judgment and/or any pretrial ruling in this action;

(d) Defendant Steven J. Baileys shall have a period of thirty (30) days following the entry of this Judgment to pay Plaintiff the sum of $1,500,000;

(e) Defendant Steven J. Baileys shall have a period of one hundred twenty (120) days from the entry of this Judgment to pay Plaintiff the sum of $589,304.29;

(f) Enforcement of this Judgment shall be stayed for thirty (30) days following its entry as to the entire amount of this Judgment, and for one hundred twenty (120) days as to the sum of $589,304.29, provided that if the sum of $1,500,000 is not paid within thirty (30) days following the entry of this Judgment Plaintiff shall be entitled to immediately seek enforcement of the full amount of this Judgment, with interest thereafter until the Judgment is paid in full; and

(g) No party shall be entitled to recover any costs or attorney's fees in this action.

  (h) The Court retains jurisdiction to enforce the Judgment and the terms of the parties' settlement agreement.

Dated: April 24, 2014

**SO ORDERED:**

_____
Honorable Josephine L. Staton
United States District Judge

-3-